**1360**

calendar year 1962, as provided by Section 911(a) (1), Internal Revenue Code of 1954, so as to avoid liability for income taxes, and determined a deficiency of $122,840.18 after allowing certain deductions for unreimbursed business expenses and disallowing other such claimed expenses.

PER CURIAM:

We affirm in all respects the judgment of the District Court for the Southern District of New York for the reasons stated in the thorough and well reasoned opinion of Judge Graven reported at 290 F.Supp. 74 (S.D.N.Y.1968).

---

**Edward SERZYSKO, Plaintiff-Appellant-Appellee,**

v.

**The CHASE MANHATTAN BANK, Defendant-Respondent-Appellant.**

**Nos. 531, 532, Dockets 33096, 33097.**

United States Court of Appeals
Second Circuit.

Argued April 22, 1969.

Decided May 20, 1969.

Arthur C. Fink, New York City (Fink, Weinberger & Levin, New York City, and Walter Talmont, Hempstead, N. Y., on the brief), for plaintiff-appellant-appellee.

A. Donald MacKinnon, New York City (Milbank, Tweed, Hadley & McCloy and Adlai S. Hardin, Jr., New York City, on the brief), for defendant-respondent-appellant.

Before LUMBARD, Chief Judge, ANDERSON, Circuit Judge, and WYATT, District Judge.*

---

**ATLAS ASSURANCE COMPANY, Ltd., Plaintiff and Appellant,**

v.

**NORSK PACIFIC STEAMSHIP COMPANY, Ltd., Appellee.**

**No. 23584.**

United States Court of Appeals
Ninth Circuit.

May 2, 1969.

Chargles E. Watts (argued), of Long, Mikkelborg, Wells & Fryer, Douglas M. Fryer, Seattle, Wash., for appellant.

Richard W. Buchanan (argued), of Howard, LeGros, Buchanan & Paul, Seattle, Wash., for appellee.

Before CHAMBERS and KOELSCH, Circuit Judges, and SOLOMON, District Judge.

PER CURIAM:

This court is of the opinion that under the circumstances of this case the order of dismissal should be vacated by the District Court, and the plaintiff given a period of two weeks (from the entry of the District Court's order vacating) to effect service of the complaint; otherwise the action to stand dismissed.

The case is remanded to the District Court.

---

* Sitting by designation.